JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>Defendant. | Case No. CV 21-02224-FMO (DFM)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the entire action is dismissed without prejudice for failure to prosecute.

Date: August 16, 2021

/s/
_____
FERNANDO M. OLGUIN
United States District Judge